■ In the Matter of COUNCIL 82, AFSCME, AFL-CIO, et al., Respondents, v JAMES LAFFERTY, as Sheriff of Jefferson County, et al., Appellants. [732 NYS2d 396] —Order affirmed with costs for reasons stated in decision at Supreme Court, Gilbert, J.

All concur, Hurlbutt, J., not participating. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Contempt.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.